**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| NOOR AFGHAN,<br><br>Petitioner,<br><br>-vs-<br><br>MARKWAYNE MULLIN, et al.,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO. CIV-26-1067-HE |
| NOOR AFGHAN,<br><br>Petitioner,<br><br>-vs-<br><br>CHRIS GANTT, Warden of Cimarron Correctional Facility, et al.,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO. CIV-26-2971-HE |

**ORDER**

On September 29, 2026, United States Magistrate Judge Shon T. Erwin issued, in Case No. CIV-26-1067-HE, a Report and Recommendation [Doc. #14], recommending the court grant respondents' motion to dismiss [Doc. #11] and dismiss petitioner's 28 U.S.C. § 2241 habeas petition. The basis of the recommended ruling was petitioner's failure to state a claim in the habeas petition.

On October 7, 2026, this court entered an order [Doc. #16] extending the deadline for the parties to file an objection to the Report and Recommendation until October 21, 2026.

On October 19, 2026, petitioner filed a "motion in response" [Doc. #18], stating that he took the Report and Recommendation to be a final decision, and because of that, he filed a "second application on 10/07/2026 with [] current claims for relief." He requests the court to consider the "second application as a motion to support [his] first application" or dismiss the "first application and adopt[] the second application." *Id.*

The court clerk has filed on petitioner's behalf another petition for a writ of habeas corpus under 28 U.S.C. § 2241. The petition was dated October 7, 2026. The court clerk has opened a new case, Case No. CIV-26-2971-HE, and the matter was referred to United States Magistrate Judge Amanda L. Maxfield for preliminary review. The enter order referring the case to Magistrate Judge Maxfield will be vacated.

Because petitioner has not raised any specific objections with respect to Magistrate Judge Erwin's recommended ruling in Case No. CIV-26-1067-HE, the court concludes that petitioner has waived any appellate review with respect to the Report and Recommendation. *See* Casanova v. Ulibarri, 595 F.3d 1120, 1123 (10th Cir. 2010). The recommended ruling will be adopted.

The court construes petitioner's "motion in response" [Doc. #18] as a motion for leave to file an amended habeas petition. Mindful that leave to amend should be freely granted and that Magistrate Judge Erwin has familiarity with petitioner's circumstances, the court concludes the motion should be granted. The court will direct the habeas petition filed in Case No. CIV-26-2971-HE to be filed in Case No. CIV-26-1067-HE as an amended habeas petition and the correct case number Case No. CIV-26-1067-HE be placed on the amended habeas petition. The court will direct the court clerk, upon the filing of the

amended habeas petition in Case No. CIV-26-1067-HE, to terminate Case No. CIV-26-2971-HE in her records. All future filings will be in Case No. CIV-26-1067-HE. The court will also direct the court clerk to return the $5.00 filing fee to petitioner.

Accordingly, the Report and Recommendation in Case No. CIV-26-1067-HE [Doc. #14] is **ADOPTED**. Respondents' motion to dismiss [Doc. #11] is **GRANTED** and the petition for a writ of habeas corpus under 28 U.S.C. § 2241 [Doc. #1, Doc. #7] is **DISMISSED**. Petitioner's "motion in response" [Doc. #18], construed as a motion for leave to file an amended habeas petition, is **GRANTED**.

The enter order referring Case No. CIV-26-2971-HE to United States Magistrate Judge Amanda L. Maxfield [Doc. #4] is **VACATED**. The court clerk is **DIRECTED** to file the habeas petition filed in Case No. CIV-26-2971-HE as an amended habeas petition in Case No. CIV-26-1067-HE and to place the correct case number Case No. CIV-26-1067-HE on the amended habeas petition. Upon the filing of the amended habeas petition in Case No. CIV-26-1067-HE, the court clerk is **DIRECTED** to terminate Case No. CIV-26-2971-HE in her records. All future filings will be in Case No. CIV-26-1067-HE. The court clerk is also **DIRECTED** to return the $5.00 filing fee to petitioner.

**IT IS SO ORDERED**.

Dated this 21st day of October, 2026.

JOE HEATON
UNITED STATES DISTRICT JUDGE